■ The People of the State of New York, Respondent, v Roderick Turner, Appellant. [923 NYS2d 321]—Appeal from order, Supreme Court, Bronx County (John P. Collins, J.), entered October 1, 2010, which denied defendant's CPL 440.46 motion for resentencing, unanimously dismissed, without costs, as moot.

Since defendant was released on parole during the pendency of this appeal and is not currently in custody, he lost any eligibility for resentencing he may have had (*see* CPL 440.46 [1]). Therefore, this appeal is moot (*see People v Orta*, 73 AD3d 452 [2010], *lv denied* 15 NY3d 755 [2010]).

In any event, defendant was also ineligible for resentencing at the time he filed his motion in that he was released on parole from custody on his drug conviction but reincarcerated for a parole violation (*see People v Pratts*, 74 AD3d 536 [2010], *lv granted* 15 NY3d 895 [2010]). Concur—Gonzalez, P.J., Mazzarelli, Richter, Manzanet-Daniels and Román, JJ.